UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA JAMES NOLD,<br><br>Defendant. | Case No.  21-cr-00456-JSW-1<br><br>**ORDER CONTINUING CHANGE OF PLEA AND SENTENCING HEARING** |

This matter is set for a combined change of plea and sentencing on September 27, 2022 at 9:30 a.m..  Due to the Court's unavailability, the Court HEREBY CONTINUES the matter to November 1, 2022 at 9:30 a.m.

If the believe that the period from September 27, 2022 to November 1, 2022 should be excluded from the Speedy Trial Act, they shall submit a stipulation or a request to exclude that time.  If the parties are unavailable to appear November 1, 2022, they should contact the Court's Courtroom Deputy regarding upcoming open and available dates and submit a stipulation and proposed order requesting a continuance.

**IT IS SO ORDERED.**

Dated: September 26, 2022

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California